JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

## Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:**    **Category No.** II    **Investigating Agency** ATF

**City** Boston

**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. yes    Case No. _____
Same Defendant yes    New Defendant _____
Magistrate Judge Case Number 20-6185-MPK
Search Warrant Case Number _____
R 20/R 40 from District of _____

### Defendant Information:

**Defendant Name** Dashawn Matthews    Juvenile: ☐ Yes ✔ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ✔ No

**Alias Name** Smoov

**Address** (City & State) Stoughton, Massachusetts

**Birth date (Yr only):** 1989   **SSN (last4#):** 4445   **Sex** M   **Race:** B   **Nationality:** U.S.

**Defense Counsel if known:** John Swomley, Esq.    **Address** 50 Congress Street, Suite 600, Boston, Massachusetts 02109

**Bar Number** _____

### U.S. Attorney Information:

**AUSA** Christopher Pohl    **Bar Number if applicable** 637918

**Interpreter:** ☐ Yes ✔ No    List language and/or dialect: _____

**Victims:** ☐ Yes ✔ No   If yes, are there multiple crime victims under 18 USC §3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ✔ No

☐ Warrant Requested    ☐ Regular Process    ✔ In Custody

### Location Status:

**Arrest Date** _____

✔ Already in Federal Custody as of 02/24/2020 in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ✔ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ✔ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

✔ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 10/23/2020    Signature of AUSA: _(signed)_

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Dashawn Matthews, a/k/a "Smoov"

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 841(a)(1) | Distribution of Fentanyl and Cocaine Base | 1 |
| Set 2 | 21 USC 853 | Criminal Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____